UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NEILL S. WRIGHT,** | **CIVIL ACTION NO.:** |
| **Plaintiff** | **JUDGE:** |
| v. | **MAGISTRATE JUDGE:** |
| **ERIC BLUE** | |
| **Defendant** | |

## COMPLAINT

Plaintiff NEILL S. WRIGHT submits this Complaint for Breach of Contract against Defendant ERIC BLUE and alleges as follows:

### PARTIES

1. Neill S. Wright ("Wright") is an individual residing in Montgomery, Alabama.

2. Upon information and belief, Eric Blue ("Blue") is an individual residing in New Orleans, Louisiana.

### NATURE OF CASE

3. This is a civil action seeking damages, attorneys' fees and costs for Blue's failure to pay money due under a promissory note.

4. Wright is owed a substantial sum of money from Blue in repayment of a loan made by Wright to Blue.

### JURISDICTION AND VENUE

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship between the parties and the amount in

controversy exceeds $75,000.

6. Venue in this Court is proper under 28 U.S.C. § 1391 because (a) defendant Blue resides in this District; and (b) a substantial part of the events and omissions giving rise to Wright's claims occurred in this District.

**FACTS**

7. On or about June 4, 2015, Wright and Blue entered into an agreement whereby Wright agreed to make a loan to Blue in the amount of one hundred thousand dollars ($100,000.00), and Blue agreed to pay Wright a total of one hundred eight thousand dollars ($108,000.00) on or before June 30, 2015.  This agreement was memorialized in the form of a promissory note of the same date signed by Blue ("Note #1").  A true and correct copy of Note #1 is attached hereto as Exhibit A.

8. Wright fully performed his obligations under Note #1 and delivered to Blue the sum of one hundred thousand dollars ($100,000.00).

9. Blue failed to make any payments on Note #1 prior to its maturity date of June 30, 2015, as required.

10. On or about August 31, 2015, Blue signed a second promissory note (Note #2) that superseded Note #1.  Note #2 memorialized an agreement whereby Wright agreed to cancel Note #1, and Blue agreed to pay Wright a total of one hundred sixteen thousand dollars ($116,000.00) on or before September 15, 2015.  A true and correct copy of Note #2 is attached hereto as Exhibit B.

11. Blue failed to make any payments on Note #2 prior to its maturity date of September 15, 2015, as required.

12. On or about March 16, 2016, Blue signed a third promissory note (Note #3) that

superseded Note #2. Note #3 memorialized an agreement whereby Wright agreed to cancel Note #2, and Blue agreed to pay Wright a total of one hundred twenty-four thousand dollars ($124,000.00) on or before April 15, 2016. A true and correct copy of Note #3 is attached hereto as Exhibit C.

13. Despite demand, Blue has failed and/or refused to pay Wright any of the amounts owed under Note #3.

14. Wright has retained the services of the undersigned law firm for collection of debt owed pursuant to Note #3.

15. Note #3 clearly and unambiguously states, "If this Note is placed in the hands of an attorney for collection, Maker [Blue] agrees to pay attorneys' fees and costs and expenses of collection, including but not limited to court costs."

16. All conditions precedent to the bringing of this action have occurred, been waived or performed.

## COUNT 1 – BREACH OF CONTRACT

17. Wright alleges breach of contract against Blue for failure to perform Blue's obligations under Note #3. Wright repeats and re-alleges the allegations of paragraphs 1 through 16 as though fully set forth herein.

18. Note #3 is a valid and binding agreement between the parties.

19. Wright has performed his obligations under the agreement.

20. Despite being notified of his obligation to perform, Blue has failed to make any payments on Note #3 to date.

21. Blue's continued failure to make any payments on Note #3 constitutes a material breach of Note #3.

22. As a direct and proximate result of Blue's breach of Note #3, Wright has suffered significant and extensive damages and financial injury; and will continue to do so.

23. Due to Blue's material breach of Note #3, Wright is entitled to the principal amount of one hundred twenty-four thousand dollars ($124,000.00) plus legal interest, as well as all related fees and costs incurred.

**WHEREFORE**, Plaintiff Neill S. Wright prays that this Court grant him the following relief:

A. Monetary damages in the amount of ONE HUNDRED TWENTY-FOUR THOUSAND DOLLARS ($124,000.00) plus interest;

B. Attorneys' fees and costs; and

C. Such other relief that this Court deems just and proper.

Dated: June 9, 2016                     Respectfully submitted,

                                                                                         /s/ Richard T Sahuc
GREGORY D. LATHAM (#25955)
GLATHAM@IPLAWCONSULTING.COM

RICHARD T. SAHUC (#29668)
RSAHUC@IPLAWCONSULTING.COM

INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, LA 70130
Telephone: 504.322.7166
Facsimile: 504.322.7184
***Attorneys for Neill S. Wright***