# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NEILL S. WRIGHT,** | **CIVIL ACTION NO.: 2:16-cv-09405** |
| **Plaintiff** | **JUDGE: Nanette Jolivette Brown** |
| v. | **MAGISTRATE JUDGE: Wilkinson** |
| **ERIC BLUE** | **SECTION "G" (2)** |
| **Defendant** | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Neill S. Wright ("Mr. Wright"), through undersigned counsel, moves this Court for summary judgment, pursuant to Federal Rule of Civil Procedure 56.

In support of this Motion, Mr. Wright respectfully refers the Court to the supportive Memorandum of Law, Separate Statement of Material Facts, and Declaration of Neill S. Wright, all of which were filed concurrently with this motion.

For the reasons provided in the supportive Memorandum of Law, Mr. Wright contends that there is no disputed issue as to any material fact, and that he is entitled to judgment as a matter of law.

**WHEREFORE,** Plaintiff respectfully prays that this Court grant summary judgment in his favor.

Respectfully submitted,

   /s/ Richard T Sahuc
GREGORY D. LATHAM (#25955)
GLATHAM@IPLAWCONSULTING.COM

RICHARD T. SAHUC (#29668)
RSAHUC@IPLAWCONSULTING.COM

INTELLECTUAL PROPERTY CONSULTING, LLC

        334 Carondelet Street, Suite B
        New Orleans, LA 70130
        Telephone: 504.322.7166
        Facsimile: 504.322.7184
        ***Attorneys for Neill S. Wright***

## **CERTIFICATE OF SERVICE**

I certify that on this 22nd day of July, 2016, a copy of the foregoing Plaintiff's Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF System. Notice of this filing was served by ELECTRONIC FILING through the court's electronic filing system upon:

Elizabeth B. Carpenter
ebc@neworleans-criminal-defense.com

and by FIRST CLASS MAIL, POSTAGE PREPAID upon:

Ezekiel Tyson, Jr.
Law Office of Ezekiel Tyson, Jr.
342 W. Montana Ave.
Dallas, Texas 75224

        /s/ Richard T. Sahuc
          Richard T. Sahuc