UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NEILL S. WRIGHT,** | **CIVIL ACTION NO.: 2:16-cv-09405** |
| **Plaintiff** | **JUDGE: Nanette Jolivette Brown** |
| v. | **MAGISTRATE JUDGE: Wilkinson** |
| **ERIC BLUE** | **SECTION "G" (2)** |
| **Defendant** | |

**SEPARATE STATEMENT OF MATERIAL FACTS
IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 56.1, plaintiff Neill S. Wright ("Mr. Wright") submits this Separate Statement of Material Facts in support of his Motion for Summary Judgment.

1. Mr. Wright offered to make a loan to Eric Blue ("Mr.Blue") in the amount of one hundred thousand dollars ($100,000.00). Mr. Blue accepted Mr. Wright's offer and in return agreed to pay Mr. Wright a total of one hundred eight thousand dollars ($108,000.00) on or before June 30, 2015. This agreement was memorialized in the form of a promissory note dated June 4, 2015 and signed by Mr. Blue ("Note #1"). *See* Declaration of Neill S. Wright in Support of Plaintiff's Motion for Summary Judgment (the "Wright Decl.") at ¶¶ 2-4, Ex. A.

2. Mr. Blue admits that he signed Note #1. *See* Complaint [D.E. 1] at ¶ 7; Defendant Eric Blue's Amended Original Answer [D.E. 7] (the "Answer") at ¶ 7.

3. Mr. Wright delivered to Mr. Blue the sum of one hundred thousand dollars ($100,000.00) as promised. *See* Wright Decl. at ¶ 5.

4. Mr. Blue failed to make any payments on Note #1 as promised. *See* Wright Decl. at ¶ 6.

5. Mr. Wright offered to forgo instituting collection proceedings and to cancel Note #1 as consideration for Mr. Blue's promise to pay one hundred sixteen thousand dollars ($116,000.00) on or before September 15, 2015. Mr. Blue accepted Mr. Wright's offer and executed a second promissory note ("Note #2") on August 31, 2015, memorializing the agreement. *See* Wright Decl. at ¶¶ 7-8, Ex. B.

6. Mr. Blue admits that he signed Note #2. *See* Complaint at ¶ 10; Answer at ¶ 10.

7. Mr. Blue failed to make any payments on Note #2 as promised. *See* Wright Decl. at ¶ 9.

8. Mr. Wright offered to forgo instituting collection proceedings and to cancel Note #2 as consideration for Mr. Blue's promise to pay one hundred twenty-four thousand dollars ($124,000.00) on or before April 15, 2016. Mr. Blue accepted Mr. Wright's offer and executed a third promissory note ("Note #3") on March 16, 2016, memorializing the agreement. *See* Wright Decl. at ¶¶ 10-11, Ex. C.

9. Mr. Blue admits that he signed Note #3. *See* Complaint at ¶ 12; Answer at ¶ 12.

10. Mr. Blue "admits that no payment has been made on Note 3." Answer at ¶ 13.

11. Mr. Wright also testified that Mr. Blue has not made any payments on Note #3 as promised. *See* Wright Decl. at ¶ 12.

12. Note #3 is now delinquent. *See* Wright Decl., Ex. C.

13. Note #3 states, "If this Note is placed in the hands of an attorney for collection, Maker agrees to pay attorneys' fees and costs and expenses of collection, including but not limited to court costs." *See* Wright Decl., Ex. C.

14. Because Mr. Blue has failed to make any payments on Note #3, Mr. Wright has retained the services of Intellectual Property Consulting, LLC to collect the debt owed By Mr. Blue pursuant to Note #3. *See* Wright Decl. at ¶ 14.

                                                    Respectfully submitted,

                                                    /s/ Richard T Sahuc
GREGORY D. LATHAM (#25955)
GLATHAM@IPLAWCONSULTING.COM

RICHARD T. SAHUC (#29668)
RSAHUC@IPLAWCONSULTING.COM

INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, LA 70130
Telephone: 504.322.7166
Facsimile: 504.322.7184
***Attorneys for Neill S. Wright***

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of July, 2016, a copy of the foregoing Separate Statement of Material Facts in Support of Plaintiff's Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF System. Notice of this filing was served by ELECTRONIC FILING through the court's electronic filing system upon:

Elizabeth B. Carpenter
ebc@neworleans-criminal-defense.com

and by FIRST CLASS MAIL, POSTAGE PREPAID upon:

Ezekiel Tyson, Jr.
Law Office of Ezekiel Tyson, Jr.
342 W. Montana Ave.
Dallas, Texas 75224

                                                  /s/ Richard T. Sahuc
                                                     Richard T. Sahuc