# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NEILL S. WRIGHT,** | **CIVIL ACTION NO.: 2:16-cv-09405** |
| Plaintiff | JUDGE: Nanette Jolivette Brown |
| v. | MAGISTRATE JUDGE: Wilkinson |
| **ERIC BLUE** | SECTION "G" (2) |
| Defendant | |

## DECLARATION OF NEILL S. WRIGHT
## IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Neill S. Wright, being sworn, declare as follows:

1. My name is Neill S. Wright. I am over the age of twenty-one (21) years old and am of sound mind. I have never been convicted of a felony and am competent to testify in this matter. I have personal knowledge of the statements made in this Declaration and swear that they are true and correct.

2. I offered to make a loan to Eric Blue ("Mr. Blue") in the amount of one hundred thousand dollars ($100,000.00).

3. Mr. Blue accepted my offer and in return agreed to pay me a total of one hundred eight thousand dollars ($108,000.00) on or before June 30, 2015.

4. This agreement was memorialized in the form of a promissory note dated June 4, 2015. ("Note #1"). A true and correct copy of Note #1 is attached hereto as Exhibit A.

5. I delivered to Mr. Blue the sum of one hundred thousand dollars ($100,000.00) as promised.

6. Mr. Blue failed to make any payments on Note #1 as promised.

7. I offered to forgo instituting collection proceedings and to cancel Note #1 as

consideration for Mr. Blue's promise to pay one hundred sixteen thousand dollars ($116,000.00) on or before September 15, 2015.

8. Mr. Blue accepted my offer and executed a second promissory note ("Note #2") dated August 31, 2015, memorializing the agreement. A true and correct copy of Note #2 is attached hereto as Exhibit B.

9. Mr. Blue failed to make any payments on Note #2 as promised.

10. I offered to forgo instituting collection proceedings and to cancel Note #2 as consideration for Mr. Blue's promise to pay one hundred twenty-four thousand dollars ($124,000.00) on or before April 15, 2016.

11. Mr. Blue accepted my offer and executed a third promissory note ("Note #3") dated March 16, 2016, memorializing the agreement. A true and correct copy of Note #3 is attached hereto as Exhibit C.

12. Mr. Blue has not made any payments on Note #3 as promised.

13. Note #3 is now delinquent. *See* Wright Decl., Ex. C.

14. Because Mr. Blue has failed to make any payments on Note #3, I have retained the services of Intellectual Property Consulting, LLC to collect the debt Mr. Blue owes me pursuant to Note #3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 22, 2016

By:\_\_\_\_/s/ Neill S. Wright_____
    Neill S. Wright

# CERTIFICATE OF SERVICE

I certify that on this 22nd day of July, 2016, a copy of the foregoing Declaration of Neill S. Wright in Support of Plaintiff's Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF System. Notice of this filing was served by ELECTRONIC FILING through the court's electronic filing system upon:

Elizabeth B. Carpenter
ebc@neworleans-criminal-defense.com

and by FIRST CLASS MAIL, POSTAGE PREPAID upon:

Ezekiel Tyson, Jr.
Law Office of Ezekiel Tyson, Jr.
342 W. Montana Ave.
Dallas, Texas 75224

      /s/ Richard T. Sahuc
      Richard T. Sahuc