MINUTE ENTRY
WILKINSON, M.J.
MARCH 8, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NEILL S. WRIGHT                                               CIVIL ACTION

VERSUS                                                            NO. 16-9405

ERIC BLUE                                                          SECTION "G" (2)

## HEARING AND ORDER ON MOTION FOR
## JUDGMENT DEBTOR EXAMINATION

Richard Sahuc, counsel for plaintiff, and Elizabeth Carpenter, counsel for defendant, appeared before the court concerning plaintiff's Motion to Examine Judgment Debtor, Record Doc. Nos. 24 and 25. However, the judgment debtor, **Eric Blue**, failed to appear.

The judgment debtor was ordered to appear before me on March 8, 2017, at 11:00 a.m. in Room B421 of the United States District Court, Record Doc. Nos. 24 and 25, but failed to comply. Accordingly, the judgment debtor, **ERIC BLUE**, is hereby **ORDERED to appear in person** before Magistrate Judge Joseph C. Wilkinson, Jr., Hale Boggs Bldg., Room B-421, 500 Poydras Street, New Orleans, Louisiana 70130 on **MARCH 15, 2017 at 11:00 a.m.** and show cause why he should not be held in contempt for his failure to appear at the scheduled judgment debtor examination and to give testimony and produce documents as a judgment debtor.

MJSTAR:  0 : 05

**IT IS FURTHER ORDERED** that both the United States Marshal <u>and</u> counsel for defendant serve this order upon Eric Blue and <u>file a return of service in the record</u>.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**UNITED STATES MARSHAL**

**The Marshal is directed to serve this order upon:**
**ERIC BLUE**
**2401 OCTAVIA STREET**
**NEW ORLEANS, LA 70115**