MINUTE ENTRY
WILKINSON, M.J.
APRIL 19, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEILL S. WRIGHT | CIVIL ACTION |
| VERSUS | NO. 16-9405 |
| ERIC BLUE | SECTION "G" (2) |

### HEARING AND ORDER ON MOTION

APPEARANCES: Richard Sahuc, representing plaintiff; Ezekiel Tyson, representing defendant and Judgment Debtor Eric Blue

MOTION: Plaintiff's Motion to Examine Judgment Debtor, Record Doc. No. 24; Judgment Debtor Examination

O R D E R E D:

 XXX : DISMISSED. The court previously ordered judgment debtor, defendant Eric Blue, to appear in person today, failing which an arrest warrant would be issued for him. Record Doc. No. 67. Although my previous order was served on defendant's counsel and counsel represented to the court today that he had spoken to defendant Eric Blue yesterday and expected defendant to appear, defendant failed to appear as ordered. Accordingly, it appears that Blue is in contempt of court. An arrest warrant will be separately issued for defendant, so that formal criminal contempt proceedings may be instituted.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**MJSTAR: 0 : 15**