# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NEILL S. WRIGHT,** | **CIVIL ACTION NO.: 2:16-cv-09405** |
| **Plaintiff** | **JUDGE: Nanette Jolivette Brown** |
| v. | **MAGISTRATE JUDGE: Wilkinson** |
| **ERIC BLUE** | **SECTION "G" (2)** |
| **Defendant** | |

## MOTION FOR SANCTIONS
## FOR FAILURE TO ATTEND JUDGMENT DEBTOR EXAMINATIONS
## AND TO PRODUCE DOCUMENTS

Plaintiff Neill S. Wright ("Mr. Wright"), respectfully moves this Court, to impose monetary sanctions in the amount of $3,206.25 against Defendant Eric Blue ("Mr. Blue") for reasonable attorneys' fees incurred by Mr. Wright as a direct result of Mr. Blue's failure (1) to appear for the judgment debtor examinations scheduled for March 15, 2017, April 12, 2017, and April 19, 2017, and (2) to produce documents as ordered by this Court.  Mr. Wright further respectfully moves this Court to compel Mr. Blue to pay the $450.00 monetary sanction previously imposed by this Court on November 30, 2016.  Rec. Doc. No. 23.  In support of this Motion, Mr. Wright respectfully refers the Court to the supportive Memorandum of Law, which was filed concurrently with this Motion.

**WHEREFORE**, Plaintiff Neill S. Wright respectfully requests that this court (1) impose sanctions upon Mr. Blue in the amount of $3,206.25, representing 14.25 hours of work at the reasonable rate of $225 per hour, and (2) compel Mr. Blue to pay that amount and the amount of $450.00 in monetary sanctions previously imposed by this Court on November 30, 2016, (Record Doc. No. 23) to Mr. Wright within 14 days of the Court's Order on this motion.

    Respectfully submitted,

    __/s/ Richard T. Sahuc_____
    GREGORY D. LATHAM (#25955)
    GLATHAM@IPLAWCONSULTING.COM

    RICHARD T. SAHUC (#29668)
    RSAHUC@IPLAWCONSULTING.COM

    INTELLECTUAL PROPERTY CONSULTING, LLC
    334 Carondelet Street, Suite B
    New Orleans, LA 70130
    Telephone: 504.322.7166
    Facsimile: 504.322.7184
    ***Attorneys for Neill S. Wright***

## CERTIFICATE OF SERVICE

I certify that on this 28th day of June, 2017, a copy of the foregoing Motion and Incorporated Memorandum for Sanctions for Failure to Appear for Judgment Debtor Examinations and to Produce Documents was filed electronically with the Clerk of Court using the CM/ECF System. Notice of this filing was served by ELECTRONIC FILING through the court's electronic filing system upon:

Elizabeth B. Carpenter
ebc@neworleans-criminal-defense.com

-and-

Ezekiel Tyson, Jr.
tyson@thetysonlawfirm.com

    /s/ Richard T. Sahuc
      Richard T. Sahuc