UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NEILL S. WRIGHT,** | **CIVIL ACTION NO.: 2:16-cv-09405** |
| **Plaintiff** | **JUDGE: Nanette Jolivette Brown** |
| v. | **MAGISTRATE JUDGE: Wilkinson** |
| **ERIC BLUE** | **SECTION "G" (2)** |
| **Defendant** | |

**MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS
FOR FAILURE TO ATTEND JUDGMENT DEBTOR EXAMINATIONS
AND TO PRODUCE DOCUMENTS**

Plaintiff Neill S. Wright ("Mr. Wright"), respectfully moves this Court, to impose monetary sanctions in the amount of $3,206.25 against Defendant Eric Blue ("Mr. Blue") for Mr. Blue's failure (1) to appear for the judgment debtor examinations scheduled for March 15, 2017, April 12, 2017, and April 19, 2017, and (2) to produce documents as ordered by this Court.

On February 2, 2017, this Court ordered Mr. Blue to appear in court on March 8, 2017, for a judgement debtor examination ("JDE") pursuant to Fed. R. Civ. P. 69(a)(2) and Louisiana C.C.P. Art. 2451, et seq. Record Doc. No.25. Mr. Blue failed to appear on March 8 as ordered, and this Court ordered Mr. Blue to appear on March 15, 2017, and show cause why he should not be held in contempt for failing to appear on March 8. Record Doc. No. 34.

That same Order also ordered the United States Marshal to serve a copy of the Order on Mr. Blue. *Id.* The United States Marshal was unable to serve Mr. Blue, and demanded payment from Mr. Wright for the service attempts. Mr. Wright was forced to file a motion to tax those service costs to Mr. Blue (Record Doc. No. 68), and the Court granted the motion (Record Doc. No. 71).

On March 15, 2017, Mr. Blue again failed to appear for the JDE, and this Court issued an Order granting Mr. Wright's motion for sanctions (Record Doc. No. 47) and awarding Mr. Wright $1,181.25, representing 5.25 hours of work by undersigned counsel reasonably expended for preparation and attending the JDE scheduled for March 8 and for preparing the motion for sanctions. Record Doc. No. 58. That same Order also required Mr. Blue to appear for the JDE on April 12, 2017, failing which an arrest warrant would be issued for Mr. Blue. *Id*.

Mr. Blue for the third time failed to appear for the JDE set for April 12. At that time the Court accepted Mr. Blue's counsel's explanation that there had been a miscommunication causing Mr. Blue's absence, and the Court gave Mr. Blue yet another chance withholding the issuance of an arrest warrant and resetting the JDE for April 19, 2017. Record Doc. No. 67.

On April 19, 2017, Mr. Blue **failed to appear** for the JDE for a **fourth consecutive time**. The Court then issued an Arrest Warrant Order and Notice of Prosecution for Criminal Contempt. Record Doc. No. 73.

On April 26, 2017, after assurances from Mr. Blue's counsel that Mr. Blue would appear for the JDE on May 3, 2017, the Court reset the JDE for that date and withheld determination as to how to proceed with the criminal contempt charge. Record Doc. No. 75. That same order required Mr. Blue "to produce all documents responsive to the court's previous orders." *Id*.

Mr. Blue finally appeared for the JDE on May 3, 2017, but failed to produce all of the documents that had been requested. Undersigned counsel provided a list in open court of the documents that Mr. Blue had failed to produce, and the Court ordered that those documents be produced by May 10, 2017, and that the JDE be continued on May 17, 2017. Record Doc. No. 77.

As of May 16, 2017, Mr. Blue still had not produced the documents that he had been ordered to produce, but Mr. Blue's counsel had promised that the documents were forthcoming. Accordingly, undersigned counsel was required to draft and file a motion to continue the JDE yet again. Record Doc. No. 80. The Court granted the motion and reset the JDE for May 31, 2017.

On May 30, 2017, the day before the JDE, Mr. Blue produced a large number of documents. Due to the amount of information that needed to be digested before conducting a JDE, undersigned counsel was again forced to request a continuance of the JDE to avoid wasting the parties or this Court's time. Record Doc. No. 83. This Court granted the motion and reset the JDE for June 14, 2017.

As a direct result of Mr. Blue's failure to appear for JDE's and failure to produce documents as required by this Court, Mr. Wright has incurred $3,206.25 in attorneys' fees, representing 14.25 hours of work at a rate of $225/hour for the following tasks:

- Preparing for and attending JDE scheduled for March 15, 2017, at which Mr. Blue failed to appear

- Preparing for and attending JDE scheduled for April 12, 2017, at which Mr. Blue failed to appear

- Preparing for and attending JDE scheduled for April 19, 2017, at which Mr. Blue failed to appear

- Drafting a motion to tax costs of United States Marshal's attempts to serve this Court's show cause order on Mr. Blue

- Drafting motion to continue JDE set for May 17, 2017, due to Mr. Blue's failure to produce documents as ordered

- Drafting motion to Continue JDE set for May 31, 2017, due to Mr. Blue's failure to produce documents as ordered

- Preparing this motion for sanctions

Louisiana C.C.P. Art. 2451 allows a judgment creditor to "examine the judgment debtor, his books, papers, or documents, upon any matter related to his property, either as provided in

Articles 1421 through 1515 or as provided in Articles 2452 through 2456." Louisiana C.C.P. Art. 2456 provides that if "the judgment debtor refuses to appear for the examination or to produce his books, papers, or other documents when ordered to do so, or if he refuses to answer any question held pertinent by the court, the judgment debtor may be punished for contempt."

Mr. Blue did not appear for four scheduled JDEs despite being ordered multiple times to do so. Indeed, Mr. Blue only appeared for the JDE once this Court ordered a warrant to be issued for Mr. Blue's arrest. Additionally, Mr. Blue failed to produce documents when ordered to do so. Accordingly, this Court should hold Mr. Blue in contempt and impose monetary sanctions upon Mr. Blue for undersigned counsel's time spent preparing for appearing for the JDEs scheduled for March 15, 2017, April 12, 2017, and April 19, 2017, preparing motions to continue the JDE due to failure to produce documents, preparing a motion to tax United States Marshal's costs for attempted service of this Court's Order to show cause regarding Mr. Blue's first failure to appear for the JDE, and preparing this motion for sanctions.

Additionally, this Court imposed monetary sanctions against Mr. Blue in the amount of $450.00 on November 30, 2016, for Mr. Blue's complete failure to respond to initial discovery requests in aid of execution of the judgment. Record Doc. No. 23. Mr. Wright has yet to receive that payment and respectfully requests that the Court compel Mr. Blue to make that payment to Mr. Wright within fourteen days of the Court's Order on this motion.

**WHEREFORE**, Plaintiff Neill S. Wright respectfully requests that this court (1) impose sanctions upon Mr. Blue in the amount of $3,206.25, representing 14.25 hours of work at the reasonable rate of $225 per hour, and (2) compel Mr. Blue to pay that amount and the amount of $450.00 in monetary sanctions previously imposed by this Court on November 30, 2016, (Record Doc. No. 23) to Mr. Wright within 14 days of the Court's Order on this motion.

        Respectfully submitted,

        __/s/ Richard T. Sahuc_____
        GREGORY D. LATHAM (#25955)
        GLATHAM@IPLAWCONSULTING.COM

        RICHARD T. SAHUC (#29668)
        RSAHUC@IPLAWCONSULTING.COM

        INTELLECTUAL PROPERTY CONSULTING, LLC
        334 Carondelet Street, Suite B
        New Orleans, LA 70130
        Telephone: 504.322.7166
        Facsimile: 504.322.7184
        ***Attorneys for Neill S. Wright***

## CERTIFICATE OF SERVICE

I certify that on this 27th day of June, 2017, a copy of the foregoing Motion and Incorporated Memorandum for Sanctions for Failure to Appear for Judgment Debtor Examinations and to Produce Documents was filed electronically with the Clerk of Court using the CM/ECF System.  Notice of this filing was served by ELECTRONIC FILING through the court's electronic filing system upon:

Elizabeth B. Carpenter
ebc@neworleans-criminal-defense.com

-and-

Ezekiel Tyson, Jr.
tyson@thetysonlawfirm.com

        /s/ Richard T. Sahuc
          Richard T. Sahuc