# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NEILL S. WRIGHT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-9405** |
| **ERIC BLUE** | **SECTION "G" (2)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report Recommendation of the United States Magistrate Judge, and the failure of defendant to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion to set fees and costs pre-incurred judgment and motion for sanctions for fees and costs incurred post-judgment,[1] are **GRANTED**, and the judgment in this case be amended to require defendant to pay to plaintiff $11,839.00 in reasonable attorneys fees and $561.55 in costs.

**NEW ORLEANS, LOUISIANA,** this ___4th___ day of August, 2017.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Docs. 21 and 89.