UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NEILL S. WRIGHT**                                    **CIVIL ACTION**

**VERSUS**                                             **NO. 16-9405**

**ERIC BLUE**                                          **SECTION "G" (2)**

## AMENDED JUDGMENT

The court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein, and in accordance with the Court's written Order entered on September 13, 2016,[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of plaintiff Neill S. Wright and against Defendant Eric Blue in the sum of ONE HUNDRED TWENTY FOUR THOUSAND and 00/100 DOLLARS ($124,000); together with ELEVEN THOUSAND EIGHT HUNDRED THIRTY-NINE and 00/100 DOLLARS ($11,839.00) in reasonable attorney's fees; and FIVE HUNDRED SIXTY-ONE and 55/100 DOLLARS ($561.55) in costs.

**NEW ORLEANS, LOUISIANA,** this ___4th___ day of August, 2017.

                                                      **NANNETTE JOLIVETTE BROWN**
                                                      **UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 19.